UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB BRISENO,<br><br>            Petitioner,<br><br>    v.<br><br>JAMES S. HILL,<br><br>            Respondent. | Case No. 5:22-cv-01454-FLA (RAO)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition, all the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing objections to the Report and Recommendation has passed, and no objections have been received. Accordingly, the court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

In addition, Petitioner's motion to proceed in forma pauperis is denied. Petitioner did not sign his motion to proceed in forma pauperis and the court does not have on record a copy of Petitioner's trust account statement. Moreover, as explained in the Report and Recommendation, the Petition is subject to dismissal.

/ / /

/ / /

/ / /

1 | IT IS ORDERED that the Petition is denied, and Judgment shall be entered
2 | dismissing this action without prejudice.

4 | Dated: February 21, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge