# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB BRISENO, | Case No. 5:22-cv-01454-FLA (RAO) |
|     Petitioner, | |
| v. | **JUDGMENT** |
| JAMES S. HILL, | |
|     Respondent. | |

Pursuant to the court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed without prejudice.

Dated: February 21, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge